Keith BRUNDIGE, Plaintiff–Appellant,

v.

Police Officer BASSETT; A.D. Brown; G.A. Adam; Prince William County Police Department, Defendants–Appellees.

No. 06–1749.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 22, 2007.

Decided: Feb. 27, 2007.

Keith Brundige, Appellant Pro Se.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Brundige appeals the district court's order dismissing his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brundige v. Bassett*, No. 1:06–cv–112–CMH–LO (E.D. Va. filed Mar. 30, 2006; entered Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*